# Court of Appeals
# of the State of Georgia

ATLANTA,  January 17, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1064. JOHNSON v. THE STATE.**

The above-referenced appeal was docketed with this Court on December 26, 2018. Pursuant to Court of Appeals Rule 22 (a), Appellant's brief was due to be filed on or before January 14, 2019. The deadline has since passed, and Appellant has not sought an extension of time in which to file his brief. Accordingly, this appeal is hereby DISMISSED. *See* Court of Appeals Rule 23 (a).

We also instruct Johnson as follows: Your appeal has been DISMISSED because your attorney failed to timely file a brief and enumeration of errors . If you have decided you do not want to appeal, you need not do anything more. However, if you do still want to appeal, you may have the right to an OUT-OF-TIME APPEAL – but YOU MUST TAKE ACTION to exercise that right by moving for an out-of-time appeal in the trial court. If your motion for an out-of-time appeal is granted, the trial court should appoint another attorney for you if you want one and cannot pay for one. If your motion for an out-of-time appeal is denied, you may appeal that denial

to this court within thirty (30) days of the trial court's decision. *See Reese v. State*, 216 Ga. App. 773, 775 (456 SE2d 271) (1995).



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  01/17/2019*
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
            *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*